U.S. Department of Justice  
United States Attorney

**FILED**  
March 1, 2023

CLERK, U.S. DISTRICT COURT  
WESTERN DISTRICT OF TEXAS  
_____  
Deputy

# United States District Court
# Western District of Texas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | |
| | ) | |
| HUMBERTO RAMIREZ | ) | **Case No: SA:23-CR-00113-FB(1)** |

### ORDER FOR BENCH WARRANT

It appearing to the Court than an Indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, returnable instanter to the San Antonio Division of this Court.

### Defendant

**HUMBERTO RAMIREZ**

ENTERED at San Antonio, Texas, this 1st day of March, 2023.

_____  
UNITED STATES MAGISTRATE JUDGE

If the Defendant is arrested outside the Western District of Texas, the United States Attorney for the Western District of Texas recommends that Defendant **HUMBERTO RAMIREZ** be detained without bond after a hearing.